UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SAMONE CARSTINA BROWN,

      Plaintiff,

v.                            CASE NO. 3:10-cv-01184-J-32JBT

ACCURATE INVENTORY AND
CALCULATING SERVICES,
FRANK HOPKINS, SR., and
JOE SWEENEY,

      Defendants.

_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's Affidavit of Indigency and Application to Proceed *In Forma Pauperis* ("the Application") (Doc. 2).  For the reasons set forth herein, it is respectfully recommended that the Application be denied without prejudice and the case be dismissed without prejudice.

On December 23, 2010, Plaintiff, Samone Carstina Brown, filed the Complaint. (Doc. 1.)  The same day, she also filed the Application (Doc. 2).  In its Order of January 3, 2011, the Court deferred ruling on the Application and ordered Plaintiff to file an amended complaint by February 2, 2011.  (Doc. 5.)  The Court explained that the Complaint was deficient for several reasons, including the fact that it was unsigned, and it failed to state a claim on which relief may be granted.  (*Id.*)  Moreover, the Court

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 14 days after being served with a copy."  FED. R. CIV. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1); M.D. Fla. R. 6.02(a).  "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1).

notified Plaintiff that failure to file an amended complaint by the deadline might result in a recommendation that this case be dismissed for failure to prosecute this action. (*Id.*)

Plaintiff failed to comply with the Court's January 3, 2011 Order, so in an abundance of caution, the Court entered another order on February 8, 2011, in which it gave Plaintiff until March 10, 2011, to file an amended complaint or explain why she has failed to do so.  (Doc. 6.)  In that order, the Court warned Plaintiff that "if she fails to respond by the March 10, 2011 deadline, the Court will assume Plaintiff has abandoned the prosecution of this suit, and the undersigned will recommend, without further notice, that the case be dismissed without prejudice for failure to prosecute." (*Id.*)  To date, Plaintiff has not filed an amended complaint or otherwise responded to the Court's orders.  Therefore, the Court will recommend that the Application be denied without prejudice and that this action be dismissed without prejudice for want of prosecution.  M.D. Fla. R. 3.10(a).

Accordingly, it is respectfully **RECOMMENDED** that:

1.     Plaintiff's Affidavit of Indigency and Application to Proceed *In Forma Pauperis* (Doc. 2) be denied without prejudice.

2.     The case be dismissed without prejudice.

**DONE AND ENTERED** at Jacksonville, Florida, on March 22, 2011.

_____
JOEL B. TOOMEY
United States Magistrate Judge


Copies to:   The Honorable Timothy J. Corrigan
             United States District Judge

             *Pro se* Plaintiff

3