**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SAMONE CARSTINA BROWN,

     Plaintiff,

vs.                                            Case No. 3:10-cv-1184-J-99TJC-JBT

ACCURATE INVENTORY AND
CALCULATING SERVICES, et al.,

     Defendants.

## ORDER

This case is before the Court on the March 22, 2011 Report and Recommendation of the assigned United States Magistrate Judge (Doc. 7), who has recommended that Plaintiff's Affidavit of Indigency and Application to Proceed *In Forma Pauperis* (Doc. 2) be denied and that this case be dismissed for failure to prosecute. Plaintiff failed to file an objection and the time in which to do so has now passed. Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report and Recommendation (Doc. 7), it is hereby

**ORDERED**:

1.     The Report and Recommendation (Doc. 7) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2.     Plaintiff's Affidavit of Indigency and Application to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3.     This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute

pursuant to Local Rule 3.10(a).  The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 25th day of April, 2011.

TIMOTHY J. CORRIGAN
United States District Judge

jmm.

Copies:

Hon. Joel B. Toomey
United States Magistrate Judge

pro se party